UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RAYMOND VELLA,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CR 08-374-01<br>)<br>)<br>)<br>) |

### NOTICE OF APPEAL

Notice is hereby given that Raymond Vella, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on October 6, 2009.

Date:  October 8, 2009

_____
Stephen J. Taylor
Attorney for Defendant Raymond Vella
502 Carnegie Center, Suite 103
Princeton, NJ 08540
staylor@tcslawyers.com
609-987-0022